UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN AGUAYO, <br><br> Plaintiff, <br><br> V. <br><br><br> COMMISSIONER OF SOCIAL SECURITY, <br> Defendant. | **ORDER ON APPLICATION** <br> **TO PROCEED WITHOUT** <br> **PREPAYMENT OF FEES** <br><br><br><br><br> CASE NUMBER: 1:18-CV-00785-EPG |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

$\boxed{\text{X}}$ GRANTED

$\boxed{\text{X}}$ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTERED: June 11, 2018

/s/ Erica P. Grosjean
United States Magistrate Judge Erica P. Grosjean