| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX<br>Social Security Administration |
| 4 | CAROLYN B. CHEN, CSBN 256628<br>Special Assistant United States Attorney |
| 5 | 160 Spear Street, Suite 800 |
| 6 | San Francisco, California 94105<br>Telephone: (415) 977-8956 |
| 7 | Facsimile: (415) 744-0134<br>E-Mail: Carolyn.Chen@ssa.gov |
| 8 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MARTIN AGUAYO,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:18-cv-00785-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 45 additional days to respond to Plaintiff's opening brief. The current due date is March 13, 2019. The new due date will be April 29, 2019.

This is Defendant's first request for an extension of time and the second request in this case overall. There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel has been addressing a full workload and backlog of district court cases and other matters, after recovering from sickness that caused her to be incapacitated and unable to work for multiple days. Starting February 1, 2019, Defendant's counsel has had at least nine

1

district court cases to brief in February, and at least 10 briefs in March. A number of these cases had been previously extended multiple times by either Plaintiff or Defendant. Defendant's counsel has shifted and is continuing to shift many of her cases to avoid missing the deadlines of her cases and minimize further delay of her older cases to which she is giving priority where possible. In addition, Defendant's counsel has had other unanticipated matters that required her immediate attention and that required her to take additional time for her district court cases, including this one.

Thus, Defendant is respectfully requesting additional time up to and including April 29, 2019, to respond to Plaintiff's opening brief. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: March 11, 2019　　　　　　　　NEWEL LAW

*s/ Melissa Newel by C.Chen\**
(As authorized by email on 3/11/2019)
MELISSA NEWEL
Attorneys for Plaintiff

Date: March 11, 2019　　　　　　　　MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

**ORDER**

Based on the above stipulation of the parties, and good cause appearing, Defendant shall have an extension of time of forty-five (45) days, to April 29, 2019, to file her responsive brief. All corresponding briefing deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: __**March 12, 2019**__          /s/ Eric P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE