# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN AGUAYO,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>    Defendants. | Case No. 1:18-cv-00785-EPG<br><br>ORDER GRANTING DEFENDANTS F'S MOTION FOR AN EXTENSION OF TIME OF 1 DAY TO FILE RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF NO. 18) |

Upon consideration of Defendant's "Motion for an Extension of time of 1 Day for Defendant's Response to Plaintiff's Opening Brief" (ECF No. 18) IT IS ORDERED that the Motion is GRANTED. Defendant shall file its response to Plaintiff's Opening Brief by April 30, 2019.

IT IS SO ORDERED.

  Dated: __**April 30, 2019**__            /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1